# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ III, | Case No. 1:15-cv-01098-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO TRANSFER EXHIBITS FILED IN CASE NUMBER 1:15-CV-00680-DLB (PC) TO THIS CASE |
| v. | |
| J. RAZO, et al., | (Doc. 4) |
| Defendants. | |

Plaintiff Manuel Antonio Gonzalez III ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2015. Concurrently with his complaint, Plaintiff filed a motion requesting to transfer the exhibits he filed in case number 1:15-cv-00680-DLB (PC), which was closed on May 28, 2015, to this case.

Pleadings must be complete within themselves *at the time of filing*, and there are no circumstances justifying deviation from this general rule.[1]  Local Rule 220.  Furthermore, although Plaintiff is not precluded from attaching exhibits to his complaint, *it not necessary*; this is the pleading stage, not an evidentiary stage. For these reasons, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __July 17, 2015__          /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's complaint in his closed case was 209 pages, including exhibits.