UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ, | 1:15-cv-01098-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | (Docs. 13 and 14) |
| J. RAZO, et al., | |
| Defendants. | |

On August 21, 2015, Plaintiff filed a motion seeking leave to proceed in forma pauperis in this action. 28 U.S.C. § 1915. (Doc. 14.) However, the $400.00 filing fee was paid in full on August 19, 2015, pursuant to Judge Beck's order directing that the filing fee submitted by Plaintiff in his now-closed case, 1:15-cv-00680-DLB (PC), be applied to this case. (Doc. 13.) Accordingly, Plaintiff's motion for leave to proceed in forma pauperis is moot and it is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:   **August 25, 2015**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE

1