# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ III, | Case No. 1:15-cv-01098-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 16) |
| J. RAZO, et al., | |
| Defendants. | |

Plaintiff Manuel Antonio Gonzalez III ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2015. On August 26, 2015, Plaintiff filed a motion seeking an order directing the Clerk's Office to apply the filing fee submitted in now-closed case number 1:15-cv-00680-DLB to this case. The filing was already applied to this case, rendering this issue moot. Moreover, the issue was fully addressed by court orders filed on August 19, 2015, and August 25, 2015.

Accordingly, Plaintiff's motion is DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 27, 2015**                                **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE