# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ III, | Case No. 1:15-cv-01098-LJO-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION, WITH PREJUDICE, AND DIRECTING CLERK'S OFFICE TO RETURN EXHIBITS TO PLAINTIFF |
| v. | |
| J. RAZO, et al., | (Doc. 18) |
| Defendants. | |

Plaintiff Manuel Antonio Gonzalez III ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 16, 2015. On August 26, 2015, Plaintiff submitted exhibits to his complaint and requested that they be received, stating "[he] is aware the exhibits will be placed on the record electronically." (Doc. 18.)

On July 17, 2015, the Court denied Plaintiff's motion to transfer exhibits from his closed case to this case. In the order, Plaintiff was informed that pleadings must be complete within themselves at the time of filing and no circumstances justifying deviation from the rule were justified. It is unclear if Plaintiff misunderstood the order or is intentionally attempting to file the exhibits in contravention of the prior order. Regardless, the Court cannot serve as a repository for the parties' evidence, and evidence supporting Plaintiff's pleading may not be filed separately and subsequent to the filing of the operative pleading.[1] Local Rule 220.

---

[1] If evidence is submitted, it must be filed concurrently with whatever pleading, motion, or other filing it is submitted in support of; it may not be filed separately and at an earlier or later date than the filing it is intended to support.

Therefore, Plaintiff's request that the exhibits be filed is DENIED, with prejudice, and the Clerk's Office is HEREBY DIRECTED to return his exhibits.

IT IS SO ORDERED.

Dated:  **August 31, 2015**                              **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

2