UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>J. RAZO, et al.,<br><br>  Defendants. | 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER DENYING PETITIONER/PLAINTIFF'S MOTION FOR NOTIFICATION FOR ATTORNEY ON RECORD, STANLEY GOFF, ESQ.<br><br>(ECF NO. 29) |

Manuel Gonzalez ("Plaintiff") is a state prisoner proceeding *pro* se in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 21, 2016, Plaintiff filed "Petitioner/Plaintiff's Motion for Notification for Attorney on Record, Stanley Goff, Esq."  (ECF No. 29).  Plaintiff informs the Court that Mr. Goff has agreed to represent Plaintiff, and provides Mr. Goff's contact information.

Local Rule 182(a) states:
> (1) Appearance Required. Except as permitted in (b) and except as the Court may allow a courtesy appearance in criminal actions, no attorney may participate in any action unless the attorney has appeared as an attorney of record. A single client may be represented by more than one attorney of record to the extent authorized by the applicable Rules of Professional Conduct.
> (2) Manner of Making Appearance. Appearance as an attorney of record is made (i) by signing and filing an initial document, see L.R. 131(a); (ii) by causing the attorney's name to be listed in the upper left hand corner of the first page of the initial document; (iii) by physically appearing at a court hearing in the matter, formally stating the appearance on the record, and then

1

      signing and filing a confirmation of appearance within seven (7) days; or (iv) by filing and serving on all parties a substitution of attorneys as provided in (g).

Plaintiff's notification is not sufficient to allow Mr. Goff to be the attorney of record. The notification does not follow Local Rule 182(a). In particular, Mr. Goff himself has not signed a notice of appearance that binds him.

    This Court will welcome Mr. Goff's appearance once the required notification has been filed or otherwise made in compliance with Local Rul 182(a). But as Mr. Goff has not yet made an appearance in this case, and none of the methods listed above allow a client to make an appearance on his or her attorney's behalf, Plaintiff's motion will be denied at this time.

    Accordingly, IT IS ORDERED that:

1. Petitioner/Plaintiff's Motion for Notification for Attorney on Record, Stanley Goff, Esq is DENIED; and
2. The Clerk of Court is directed to serve a copy of this order on Mr. Goff at The Law Office of Stanley Goff, 15 Boardman Place, San Francisco, CA 94103.

IT IS SO ORDERED.

Dated:   **October 31, 2016**         /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE