UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>J. RAZO, et al.,<br><br>    Defendants. | 1:15-cv-01098-DAD-EPG (PC)<br><br>REQUEST FOR THE WARDEN OF R.J. DONOVAN CORRECTIONAL FACILITY TO CONFIRM THAT PLAINTIFF IS RECEIVING MAIL AND HAS ACCESS TO THE COURTS AND HIS COUNSEL<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO DEPUTY ATTORNEY GENERAL MONICA ANDERSON AND THE WARDEN OF R.J. DONOVAN CORRECTIONAL FACILITY |

       Manuel Antonio Gonzalez ("Plaintiff") is a state prisoner (prison number T42888), and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes attendant state law claims.

       On March 29, 2017, the Court held a telephonic status conference. Plaintiff and Plaintiff's counsel were directed to appear. (ECF No. 45). Plaintiff was served with a copy of the order directing him to appear on March 14, 2017. The order was addressed to Manuel Antonio Gonzalez, T-42888, at R.J. DONOVAN CORRECTIONAL FACILITY (480), 480 Alta Road, San Diego, CA 92179. Plaintiff did not appear as ordered.[1]

       Furthermore, at the hearing, Plaintiff's counsel stated that he was having difficulties communicating with his client. He indicated he was not receiving responses to his mail to Plaintiff, and that he could not communicate directly with Plaintiff. Plaintiff's counsel requested a Court order requiring weekly telephonic conferences or other form of regular access to Plaintiff. The Court invited Plaintiff's counsel to file a formal request for the same,

---

[1] Plaintiff's counsel did appear, as discussed below. But as the issue before the Court concerned Plaintiff's filing without coordination with counsel, his counsel's appearance did not excuse Plaintiff's own.

which the Court would consider in due course.

Given these issues, and the fact that Plaintiff did not appear at the conference despite the Court's order that he do so, the Court will request that the Warden of R.J. Donovan Correctional Facility file a response, confirming that Plaintiff is receiving his legal mail and has access to his counsel and the Court. If Plaintiff is receiving his legal mail, the Warden should also explain why Plaintiff was not present at the conference.

Accordingly, based on the foregoing, the Court requests that, within twenty-one (21) days from the date of service of this order, the Warden of R.J. Donovan Correctional Facility file a response, confirming that Plaintiff is receiving his legal mail and has access to his counsel and the Court. If Plaintiff is receiving his legal mail, the Warden should also explain why Plaintiff was not present at the conference.

Additionally, IT IS ORDERED that the Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson and the Warden of R.J. Donovan Correctional Facility with a copy of this order.

IT IS SO ORDERED.

Dated:   **March 29, 2017**                         /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE