UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RAZO, et al.,<br><br>    Defendants. | 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO RESCHEDULE THE TELEPHONIC STATUS CONFERENCE AND REQUEST FOR THE COURT TO INSTRUCT THE INSTITUTION<br>(ECF NO. 51)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF, SUPERVISING DEPUTY ATTORNEY GENERAL MONICA ANDERSON, AND THE WARDEN OF R.J. DONOVAN CORRECTIONAL FACILITY A COPY OF ORDER<br><br>ORDER DIRECTING CLERK TO SEND SUPERVISING DEPUTY ATTORNEY GENERAL MONICA ANDERSON AND THE WARDEN OF R.J. DONOVAN CORRECTIONAL FACILITY A COPY OF PLAINTIFF'S REQUEST TO RESCHEDULE THE TELEPHONIC STATUS CONFERENCE (ECF NO. 51) |

Manuel Antonio Gonzalez ("Plaintiff") is a state prisoner, and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes attendant state law claims. On March 29, 2017, the Court held a telephonic status conference. Plaintiff and Plaintiff's counsel were directed to appear. (ECF No. 45). Plaintiff was served with a copy of the order directing him to appear on March 14, 2017. Plaintiff did not appear.

On April 3, 2017, Plaintiff filed a request to reschedule the telephonic status conference and for the Court to instruct the institution ("the Request"). (ECF No. 51). Plaintiff asks the Court to reschedule the status conference, to instruct the institution, the Warden, the Litigation Coordinator, and Correctional Counselor Medina to comply with the order scheduling the

status conference, and to notify Plaintiff about what took place at the status conference. According to Plaintiff, he was deliberately denied access to the status conference. Plaintiff notified the Litigation Coordinator and Correctional Counselor Medina about the status conference, but was not provided access to the status conference.

The Request to reschedule the conference and inform Plaintiff of what happened will be denied. Plaintiff's attorney attended the status conference and addressed the Court's questions for the time being. Plaintiff's attorney can inform Plaintiff of what occurred.

That said, the Court is concerned about Plaintiff's access to his counsel and the Court. Plaintiff indicates that he informed the institution of his requirement to attend the conference and was not permitted to attend. The Court already requested that the Warden of R.J. Donovan Correctional Facility confirm that Plaintiff is receiving his legal mail and that Plaintiff has access to his counsel and the Court (ECF No. 48), and the Request has only increased the Court's concerns.

Accordingly, the Court will direct the Clerk of Court to serve a copy of the Request and this order on the Warden of R.J. Donovan Correctional Facility and Supervising Deputy Attorney General Monica Anderson, so that the Warden will have the benefit of this information and opportunity to address the Request in his response to the Court's order of March 29, 2017, if he so chooses.

Therefore, based on the foregoing, IT IS HEREBY ORDERED that:

1. The Request to reschedule the status conference is DENIED;
2. The Clerk of Court is directed to send Plaintiff, Supervising Deputy Attorney General Monica Anderson, and the Warden of R.J. Donovan Correctional Facility a copy of this order; and

\\\
\\\
\\\
\\\
\\\

3. The Clerk of Court is directed to send Supervising Deputy Attorney General Monica Anderson and the Warden of R.J. Donovan Correctional Facility a copy of the Request, (ECF No. 51).

IT IS SO ORDERED.

Dated: **April 7, 2017**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE