UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. RAZO et al.,<br><br>Defendants. | No. 1:15-cv-01098-DAD-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 34, 42) |

Plaintiff Manuel Gonzalez is a state prisoner proceeding this civil rights action filed pursuant to 42 U.S.C. § 1983, and which also includes state law claims. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2017, plaintiff filed what the assigned magistrate judge construed as a motion for a preliminary injunction. (Doc. No. 34.) Therein, plaintiff asked the court to intervene in his pending prison transfer. (*Id.*) On February 22, 2017, the magistrate judge entered findings and recommendations, recommending that plaintiff's motion for a preliminary injunction be denied as moot because plaintiff had by then been transferred to the prison he had requested in his motion. (Doc No. 42.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within twenty-one days. (*Id.*) No objections were filed.

/////

1

| | |
|---|---|
| 1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this |
| 2 | court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the |
| 3 | court finds the findings and recommendations to be supported by the record and proper analysis. |
| 4 | Accordingly, |

1. The February 22, 2017 findings and recommendations (Doc. No. 42) are adopted in full; and
2. Plaintiff's motion for a preliminary injunction (Doc. No. 34) is denied as moot.

IT IS SO ORDERED.

Dated: **May 15, 2017**

_____
UNITED STATES DISTRICT JUDGE