# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. RAZO, et al.,<br><br>Defendants. | 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ASSIST PLAINTIFF'S COUNSEL IN RESPONSE/REPLY TO DEFENDANTS' SUMMARY JUDGMENT MOTION<br>(ECF NO. 66) |

Manuel Antonio Gonzalez ("Plaintiff") is a state prisoner, and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes attendant state law claims. Plaintiff is represented by counsel. On June 16, 2017, Plaintiff filed a motion to assist his counsel in response/reply to Defendants' summary judgment motion ("the Motion"). (ECF No. 66). Plaintiff asks that the Court direct his counsel to raise certain facts and arguments in response to Defendants' motion for summary judgment.

The Motion will be denied. Plaintiff is represented by counsel. It is Plaintiff's counsel's responsibility to respond to Defendants' motion for summary judgment, not Plaintiff's. Moreover, the Court will not order Plaintiff's counsel to bring up facts and arguments that his client wants him to bring up. If there are facts and arguments that Plaintiff believes his counsel should bring up, Plaintiff should discuss them with his counsel.

The Court notes that if Plaintiff believes that prison staff are interfering with his ability to

1

communicate with his counsel, Plaintiff should bring that issue to the Court's attention by filing a motion with evidence of any interference in communication with Plaintiff's counsel.

Accordingly, the Motion (ECF No. 66) is DENIED.

IT IS SO ORDERED.

Dated: **June 19, 2017**

/s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE