UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. RAZO, et al.,<br><br>Defendants. | No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING DEFENDANT R.N. RICE FROM THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 63) |

Manuel Gonzalez ("plaintiff") is a state prisoner, proceeding with counsel and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes attendant state law claims. This case is currently proceeding on plaintiff's original pro se complaint, filed July 16, 2015. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 14, 2017, the assigned magistrate judge entered findings and recommendations recommending that defendant R.N. Rice be dismissed from this action because of plaintiff's failure to provide the United States Marshal Service ("the Marshal") with accurate and sufficient information to effect service of the summons and complaint on that defendant within the time period prescribed by Federal Rule of Civil Procedure 4(m). (Doc. No. 63.). The parties were given twenty-one days to file objections to the findings and recommendations. (*Id.*). No objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 14, 2017 (Doc. No. 63), are adopted in full; and
2. Defendant R.N. Rice is dismissed from this action, without prejudice, due to plaintiff's failure to provide the Marshal with accurate and sufficient information to effect service of the summons and complaint on defendant R.N. Rice within the time period prescribed by Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

Dated: **August 4, 2017**

UNITED STATES DISTRICT JUDGE