# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. RAZO, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR FACILITATED CONFIDENTIAL ATTORNEY/CLIENT PHONE CALLS<br><br>ORDER TO FACILITATE TELEPHONE CALL |

　　　　Manuel Antonio Gonzalez ("Plaintiff") is a state prisoner, and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes attendant state law claims. Plaintiff is represented by attorney Stanley Goff.

　　　　On September 20, 2017, the Court held an initial scheduling conference. At the conference, Plaintiff's counsel requested regular phone calls with his client. As stated on the record at the hearing, the Court finds good cause to grant the request in part. However, the Court will not grant blanket authority for confidential attorney/client telephone calls.

　　　　If Plaintiff's counsel requires additional confidential telephone calls with his client and the prison is not permitting that request, he should file an *ex parte* application seeking that relief and state the efforts made to coordinate the call through the prison and good cause for the specific call. Plaintiff should also request a specific time and date.

　　　　By this order, the Court directs the Warden and the correctional staff at Richard J. Donovan Correctional Facility to facilitate two confidential telephone calls between attorney Stanley Goff and his client, inmate Manuel Gonzalez (T-42888).

　　　　In accordance with the above, IT IS ORDERED THAT:

　　　　　　1. Plaintiff's request is granted in part;

2. The Warden, Litigation Coordinator, and other correctional staff as needed at Richard J. Donovan Correctional Facility shall facilitate a confidential telephone call between Manuel Gonzalez and attorney Stanley Goff;

3. A confidential telephone call shall be placed on **October, 10, 2017**, to begin at **1:00 p.m.**, and shall continue, without interruption, for a maximum of sixty (60) minutes or until completed, whichever is earlier. Correctional staff shall initiate the telephone call by calling attorney Goff at **(415)-571-9570**;

4. A second confidential telephone call shall be placed on **January 16, 2018**, to begin at **1:00 p.m.**, and shall continue, without interruption, for a maximum of sixty (60) minutes or until completed, whichever is earlier. Correctional staff shall initiate the telephone call by calling attorney Goff at **(415)-571-9570;**

5. The telephone conversations shall be confidential communications between attorney Goff and his client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Gonzalez under visual surveillance during the telephone conversations;

6. Failure to comply with this order may result in the imposition of sanctions;

7. The Clerk of Court is directed to serve a copy of this order on Manuel Gonzalez; and

8. The Clerk of Court is directed to serve this order by facsimile ((619)-671-7566) and email on the Litigation Coordinator at Richard J. Donovan Correctional Facility.

IT IS SO ORDERED.

Dated: **September 21, 2017**   /s/ *Eric P. Groh*
UNITED STATES MAGISTRATE JUDGE