UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RAZO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER STRIKING PLAINTIFF'S SECOND MOTION TO ASSIST ATTORNEY STANLEY GOFF, JR., IN MOTION FOR PRELIMINARY AND PERMANENT INJUNCTION AND DENYING REQUEST FOR ORDER DIRECTED AT ATTORNEY GOFF<br><br>(ECF NO. 133) |

    Manuel Antonio Gonzalez is a state prisoner, and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes attendant state law claims. Mr. Gonzalez is represented by counsel.

    On October 31, 2018, Mr. Gonzalez filed a motion to assist attorney Stanley Goff, Jr., Plaintiff's counsel, in motion for preliminary and permanent injunction requiring Plaintiff to be placed on single cell status. (ECF No. 133).

    As Mr. Gonzalez himself notes, this is his second such motion. The Court struck Plaintiff's original motion, stating that "Plaintiff's attorney may refile the motion if he believes it is appropriate." (ECF No. 92). Despite this, Mr. Gonzalez himself once again

inappropriately filed the motion. Thus, the Court will once again strike Mr. Gonzalez's request for injunctive relief.

In addition to requesting an injunction, Mr. Gonzalez states that Mr. Goff told him he was going to file the motion but did not do so, and asks the Court to order Mr. Goff to explain why he did not file the motion. (ECF No. 133, pgs. 4-5). The Court will not issue such an order. As the Court told Mr. Gonzalez previously, "[i]f Plaintiff has an issue with how his counsel is communicating with him, he should address that issue with his counsel. If Plaintiff believes that his counsel's representation is inadequate, he may take the appropriate action including ending [Mr. Goff's] representation and proceeding *pro se*, substituting counsel, or even taking action against Mr. Goff…. So long as Plaintiff continues to retain Mr. Goff, Mr. Goff represents Plaintiff in this case." (ECF No. 108, pgs. 2-3).

Accordingly, based on the foregoing, IT IS ORDERED that:

1. Plaintiff's request for a preliminary injunction is STRICKEN; and
2. Plaintiff's request for an order directing Mr. Goff to explain why he did not file the motion for an injunction is DENIED.

IT IS SO ORDERED.

Dated: **November 1, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE