# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br>Plaintiff,<br><br>v.<br><br>J. RAZO, et al.,<br>Defendant(s). | Case No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MANUEL ANTONIO GONZALEZ, CDC #T-42888, PLAINTIFF WITNESS<br><br>DATE: January 24, 2019<br>TIME: 1:00 p.m. |

    MANUEL ANTONIO GONZALEZ, inmate, CDC #T-42888, a necessary and material witness for Plaintiff in proceedings in this case on January 24, 2019, is confined at R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to the United States Courthouse, 510 19th Street, Bakersfield, California, on January 24, 2019, at 1:00 p.m.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of R.J. Donovan Correctional Facility**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

///
///
///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**January 2, 2019**__     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

