# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. RAZO, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01098 DAD EPG (PC)<br><br>NOTICE AND ORDER THAT INMATE MANUEL ANTONIO GONZALEZ, T42888, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Inmate MANUEL ANTONIO GONZALEZ, T42888, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated: **January 24, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE