# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RAZO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND PLAINTIFF A COPY OF DEFENDANTS' RESPONSE (ECF NO. 154)<br><br>ORDER REQUIRING PLAINTIFF TO FILE REPLY |

    On March 21, 2019, Defendants filed a response to Plaintiff's Motion to Enforce Settlement Agreement, Full Payment to Attorney, and/or Allow Plaintiff Withdraw Plea and Proceed with Trial. (ECF No. 154). On March 22, 2019, the Court directed Plaintiff to file a reply. (ECF No. 155). Plaintiff filed his reply on April 4, 2019. (ECF No. 156).

    In Plaintiff's reply, Plaintiff indicates that, due to a transfer, he never received Defendants' response. In light of this allegation, the Court will direct the Clerk of Court to send Plaintiff a copy of Defendants' response, and direct Plaintiff to file a supplemental reply.

    Accordingly, IT IS ORDERED that:

    1. The Clerk of Court is directed to send Plaintiff a copy of Defendants' response to Plaintiff's Motion to Enforce Settlement Agreement, Full Payment to

Attorney, and/or Allow Plaintiff Withdraw Plea and Proceed with Trial (including exhibits) (ECF No. 154).

2. Plaintiff has fourteen days from the date of service of this order to file a supplemental reply to Defendants' response.

IT IS SO ORDERED.

Dated: **April 5, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE