UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. RAZO, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER ON DEFENDANTS' REQUEST FOR CLARIFICATION RE: PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMEENT; REQUEST FOR EXTENSION OF TIME TO PAY SETTLEMENT FUNDS |

On July 15, 2019, Defendants filed a request for clarification regarding Plaintiff's motion to enforce the settlement agreement, and a request for an extension of time to pay the settlement funds. (ECF No. 159). Defendants state that they "are not certain: (1) whether Plaintiff and the Court are satisfied with the efforts to correct Plaintiff's restitution balance; and (2) the proper destination for Plaintiff's settlement funds (i.e., Plaintiff's inmate trust account versus his attorney's client trust account)." (Id. at 2).

Additionally, Defendants state that "it would be nearly impossible to deliver the settlement funds by the original July 23, 2019 deadline, and extremely difficult to deliver the settlement funds by the deadline proposed in Defendants' first request for an extension of time (September 21, 2019). Therefore, Defendants respectfully request an additional sixty-day extension of time to pay the settlement funds, up to and including November 20, 2019." (Id.).

Plaintiff's motion to enforce the settlement agreement is still pending, and the Court will rule on it in due course. In the order on Plaintiff's motion the Court will address the proper destination for the settlement funds, if necessary.

As the Court has not yet ruled on Plaintiff's motion, the Court finds good cause to grant Defendants' request for an extension of time. If payment is required, Defendants have four months from the date of service of the order on Plaintiff's motion to deliver the settlement funds.

IT IS SO ORDERED.

Dated: **July 18, 2019**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE