UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO GONZALEZ,<br><br>            Plaintiff,<br><br>       v.<br><br>J. RAZO, et al.,<br><br>            Defendants. | Case No. 1:15-cv-01098-DAD-EPG (PC)<br><br>ORDER DENYING PLAINITIFF'S MOTION FOR COURT TO FORWARD FULL COPY OF CASES TO THE UNITED STATES ATTORNEY<br><br>(ECF No. 163). |

Manuel Gonzalez is a state prisoner, and is the plaintiff in this civil rights action filed pursuant to 42 U.S.C. § 1983, which includes state law claims. Plaintiff filed this case on July 6, 2015. (ECF No. 1). The case was closed on January 30, 2019 (ECF No. 145), based on a stipulation for voluntary dismissal with prejudice, which was filed on January 29, 2019 (ECF No. 144). Plaintiff attempted to withdraw from the settlement agreement, but his request was denied on September 25, 2019. (ECF No. 162).

On June 12, 2020, Plaintiff filed a motion for the Court to forward a full copy of this case and Case No. 1:15-cv-00680 to the United States Attorney. (ECF No. 163). Plaintiff also asks the Court to provide a copy of his motion to the United States Attorney, and to instruct the United States Attorney to file criminal charges.

Plaintiff's motion will be denied. Filing a motion in this closed action is not the appropriate way to report a crime. This case settled over a year ago, and the Court does not have jurisdiction to order the United States Attorney to file criminal charges against

Defendant(s).  If Plaintiff believes a crime occurred, he may report the crime to the appropriate authorities himself.

     Accordingly, IT IS ORDERED that Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: __**June 15, 2020**__     /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE